IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00163-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    EVARISTO RIVERA LEYVA,
    a.k.a. Manuel Munoz,

    Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On July 28, 2015, the United States and defendant Evaristo Rivera Leyva entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 982(a)(6)(A) and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 25).

THAT the requisite nexus exists between the following properties:

1. Three Hewlett Packard Pavilion Desktop Computer
2. One Dell Desktop Computer
3. Two Fargo card makers
4. One Sandisk Cruzer USB thumb drive
5. Six USB thumb drives
6. Three Sandisk Cards
7. Two Corel Draw software compact discs
8. Two iDesign software compact discs

9. One Samsung T-Mobile cellular phone (red)
10. One Samsung cellular phone (white) and USB charger
11. One HTC cellular phone (black) and USB charger
12. One iPhone cellular phone (blue)
13. One Samsung Galaxy S III cellular phone (white)
14. Two Samsung Galaxy S II cellular phone (white)
15. One Samsung cellular phone (white)
16. One Samsung cellular phone (black/gray)
17. One HTC cellular phone
18. One SIM card
19. One Casio digital camera
20. One Polaroid digital camera
21. Various envelopes, laminates, paper, card stock, and foils
22. Various cutting boards, scissors, knives and rulers
23. One Duck laminator
24. Eighteen counterfeit identity documents
25. One box of business cards
26. One bag of paper clippings
27. $8,150.00 United States Currency

and the production of counterfeit immigration documents to which defendant Evaristo Rivera Leyva pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. ' 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture shall enter as to the following property:

1. Three Hewlett Packard Pavilion Desktop Computer
2. One Dell Desktop Computer
3. Two Fargo card makers
4. One Sandisk Cruzer USB thumb drive
5. Six USB thumb drives
6. Three Sandisk Cards
7. Two Corel Draw software compact discs
8. Two iDesign software compact discs
9. One Samsung T-Mobile cellular phone (red)
10. One Samsung cellular phone (white) and USB charger
11. One HTC cellular phone (black) and USB charger

12. One iPhone cellular phone (blue)
13. One Samsung Galaxy S III cellular phone (white)
14. Two Samsung Galaxy S II cellular phone (white)
15. One Samsung cellular phone (white)
16. One Samsung cellular phone (black/gray)
17. One HTC cellular phone
18. One SIM card
19. One Casio digital camera
20. One Polaroid digital camera
21. Various envelopes, laminates, paper, card stock, and foils
22. Various cutting boards, scissors, knives and rulers
23. One Duck laminator
24. Eighteen counterfeit identity documents
25. One box of business cards
26. One bag of paper clippings
27. $8,150.00 United States Currency.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. ' 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6)(A) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this ___6th___ day of ___August___, 2015.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK
United States District Court Judge