# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | October 23, 2015 |
| Court Reporter: | Mary George | Probation: | Gary Kruck |
| | | Interpreter: | Cathy Bahr |

_____

Criminal Action No. 15-cr-00163-LTB            *Counsel:*

UNITED STATES OF AMERICA,                     Wayne Paugh

    Plaintiff,

v.

1. EVARISTO RIVERA LEYVA,                    Scott Varholak

    Defendant.

_____

## SENTENCING
_____

9:00 a.m.    Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count 1 of the Indictment on July 28, 2015.

Argument by Mr. Varholak regarding Defendant's Motion for Variant Sentence.

Response by Mr. Paugh.

Statements by the Court.

1


**ORDERED**:   Government's Motion to Dismiss Counts Two Through Six of the Indictment (Doc. No. 33) is **GRANTED**.

**ORDERED**:   Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility under §3E1.1 (Doc. No. 34) is **GRANTED**.

**ORDERED**:   Defendant's Sentencing Statement and Motion for Variant Sentence (Doc. No. 35) is **GRANTED, as set forth in the judgment of conviction**.

**ORDERED**:   United States' Motion for Final Order of Forfeiture (Doc. No. 39) is **GRANTED**.

**ORDERED**:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Evaristo Rivera Leyva, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 20 months.

**ORDERED**:   No term of supervised release is imposed.

**ORDERED**:   Defendant shall pay a special assessment of $100 which is due and payable immediately.

**ORDERED**:   No fine is imposed because defendant has no ability to pay a fine.

Defendant advised that he cannot reenter this country illegally, possess a firearm, or illegally possess controlled substances.

Defendant advised of limited right to appeal as set forth in the plea agreement.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:25 a.m.     Court in Recess.
Hearing concluded.
Time:  00:25