IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00163-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     EVARISTO RIVERA LEYVA,
    a.k.a. Manuel Munoz,

    Defendant.

_____

# ORDER
_____

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Counts Two through Six of the Indictment in this case are dismissed.

Dated this   23rd   day of   October  , 2015.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge