IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00163-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     EVARISTO RIVERA LEYVA,
       *a.k.a. Manuel Munoz*,

        Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to Title 18, United States Code, Section 982(a)(6)(A) and Rule 32.2 of the Federal Rules of Criminal Procedure, as set forth in the Indictment returned on April 21, 2015;

THAT a Preliminary Order of Forfeiture as to Defendant Evaristo Rivera Leyva, a.k.a. Manuel Munoz, was entered on August 6, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by Title 18, United States Code, Section 983(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for doing so has expired;

THAT it further appears there is cause to issue a forfeiture order under Title 18,

United States Code, Section 982(a)(6)(A).

NOW, THEREFORE, IT IS ORDERED, DECREE, AND ADJUDED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States Pursuant to Title 18, United States Code, Section 982(a)(6)(A), free from the claims of any other party:

1. Three Hewlett Packard Pavilion Desktop Computer
2. One Dell Desktop Computer
3. Two Fargo card makers
4. One Sandisk Cruzer USB thumb drive
5. Six USB thumb drives
6. Three Sandisk Cards
7. Two Corel Draw software compact discs
8. Two iDesign software compact discs
9. One Samsung T-Mobile cellular phone (red)
10. One Samsung cellular phone (white) and USB charger
11. One HTC cellular phone (black) and USB charger
12. One iPhone cellular phone (blue)
13. One Samsung Galaxy S III cellular phone (white)
14. Two Samsung Galaxy S II cellular phone (white)
15. One Samsung cellular phone (white)
16. One Samsung cellular phone (black/gray)
17. One HTC cellular phone
18. One SIM card
19. One Casio digital camera
20. One Polaroid digital camera
21. Various envelopes, laminates, paper, card stock, and foils
22. Various cutting boards, scissors, knives and rulers
23. One Duck laminator
24. Eighteen counterfeit identity documents
25. One box of business cards
26. One bag of paper clippings
27. $8,150.00 United States Currency seized from defendant on April 9, 2015.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

SO ORDERED this __23rd__ day of October, 2015.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior United States District Judge